**THE OVERSEERS OF THE POOR OF THE TOWN OF BERN** *against* **THE OVERSEERS OF THE POOR OF THE TOWN OF KNOX**.

ON certiorari from the general sessions of the peace of the county of *Albany*.

The settlement of the child follows that of the father, if he appear to have any. If not, it follows that of the mother.

The place of a child's birth is, *prima facie*, the place of its settlement ; but the presumption is done away by proof that its mother had a settlement elsewhere.

*Margin note: ALBANY, Oct. 1826. Bern v. Knox.*

Two justices made an order removing *Hannah Cotton*, a pauper, from the town of *Bern, Albany* county, to the town of *Knox*, in the same county ; and on appeal by *Knox*, to the general sessions of *Albany* county, that court quashed the order ; on which the overseers of *Bern* brought the present certiorari.

On the hearing before the sessions, the overseers of *Knox*, (the appellants) proved that *Ephraim Palmer*, the pauper's maternal grand-father, was in possession of a valuable farm of about 100 acres in the town of *Washington, Dutchess* county, about forty-nine years before the hearing. He was reputed to be the owner, and devised the land, which was worth, in his life time, $25 per acre. He died about the close of the revolutionary war ; had a daughter *Joannah*, the mother of the pauper, who married *John Cotton*. who, with *Joannah*, his wife, after her father's death, removed to, and resided in *Pittstown, Rensselaer* county, about a year ; and thence to *Bern*, in *Albany* county. They lived on a farm there, where the pauper, their daughter, was born, in that part of the town which is now *Knox*.

*P. S. Parker*, for the plaintiffs in error.

*J. L. Wendell*, contra.

*Curia, per* WOODWORTH, J. It appears that the mother of the pauper had a settlement in *Dutchess* county, in right of her father ; consequently, the pauper had a settlement there in right of her mother.

It is not shown that the pauper's father had any settlement. The rule is, that the settlement of the child follows that of the father, if he has any ; if not, the settlement of the mother. (*Burr. Sett. Cas.* 482, *No.* 153. 2 *Cowen*, 537.)

It is stated in the case, that *Cotton*, the father, lived on a farm in that part of the town of *Bern* now *Knox ;* and that the pauper was born there. These facts are of no avail ; for, although the place of birth is, *prima facie*, the place of settlement, it is only so, when the settlement of

the parents is not ascertained. Here the settlement of the pauper's mother is established. It not appearing that the father had any settlement, the pauper's settlement follows that of the mother. If, indeed, the town of *Knox* had failed in proving a settlement gained by either parent, the charge would have been thrown on that town, by reason of the birth.

I am of opinion that the order of the sessions be affirmed.

Order of sessions affirmed.